UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>B.R. BERNETHY CONSTRUCTION INC., a Washington corporation,<br><br>Defendant. | NO. C12-485-RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

THIS MATTER comes before the Court on plaintiffs' motion for judgment against the defendant. Dkt. # 8. The Court, having reviewed the records and file herein, finds as follows: It is hereby ORDERED, ADJUDGED AND DECREED that default judgment be entered against defendant B.R. Bernethy Construction Inc. The Clerk of Court is directed to enter judgment against defendant in the total amount of $17,154.07. That amount is due to the plaintiff Trusts by defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the defendant has a valid collective bargaining agreement for the employment period August 2011 through April 2012. The total is made up of contributions of

ORDER DIRECTING ENTRY OF JUDGMENT

1 | $10,408.05, dues of $694.71, liquidated damages of $3,978.19, pre-judgment interest of
2 | $1,082.12, attorneys' fees of $501.00, and costs of $490.00.

DATED this 18th day of June, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY OF JUDGMENT
-2-